HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>Defendant. | No. 2:19-cv-01488-MJP<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND DEADLINE FOR DISPOSITIVE MOTIONS<br><br>NOTE ON MOTION CALENDER:<br>November 2, 2020 |

THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Discovery Deadline and Deadline for Dispositive Motions, and good cause appearing, IT IS HEREBY ORDERED THAT the discovery deadline in this matter is extended until November 13, 2020 and the deadline for filing dispositive motions is extended until December 14, 2020.

SO ORDERED this 5th day of November, 2020.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE AND DEADLINE FOR DISPOSITIVE MOTIONS - 1
(CASE NO. 2:19-cv-01488-MJP)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404