UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>      Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant. | CASE NO. C19-1488 MJP<br><br>ORDER DENYING MOTION TO SEAL |

  This matter comes before the Court on Defendant's Unopposed Motion to Seal. (Dkt. No. 50.) Having reviewed the Motion and sealed document (Dkt. No. 51), the Court DENIES the motion without prejudice.

  Because Defendant requests the Court seal a document in conjunction with its motion for summary judgment Defendant must demonstrate "compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure." Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal citations omitted). Defendant offers nothing more than attorney argument to support its

ORDER DENYING MOTION TO SEAL - 1

1 motion, which is insufficient to sustain the Motion even if unopposed. The Court thus DENIES

2 the motion without prejudice, retaining the document filed in Docket Number 51 provisionally

3 under seal. The Court grants Defendant leave to refile the motion to seal with evidentiary

4 support. Such a filing must be submitted to the Court by no later than January 19, 2021. Absent

5 such a submission the Court will unseal the document filed in Docket Number 51.

6     The clerk is ordered to provide copies of this order to all counsel.

7     Dated January 14, 2021.

8

9     Marsha J. Pechman
    United States District Judge