THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SCOTT KINGSTON,

               Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, a New York corporation,

               Defendant.

NO. 2:19-CV-01488-MJP

**JOINT PRETRIAL ORDER**

Plaintiff Scott Kingston and Defendant International Business Machines Corporation jointly submit this proposed pretrial order in accordance with Western District of Washington Local Rule 16(e) and the Court's April 23, 2020 Order Setting Trial Date & Related Dates (Dkt. No. 29).

## I.     JURISDICTION

This Court has jurisdiction over this matter and all claims under 28 U.S.C. § 1332(a)(1) because there is complete diversity among the parties and the amount in controversy is greater than $75,000.

## II.     CLAIMS AND DEFENSES

Plaintiff will pursue the following claims for relief at trial:

1.     Retaliation in violation of RCW 49.60.210 based on IBM's termination of Kingston after he opposed IBM's discriminatory treatment of a Black employee.

2.     Wrongful termination in violation of public policy based on IBM's termination

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    of Kingston after he opposed IBM's discriminatory treatment of a Black employee.

2         3.     Wrongful termination in violation of public policy based on IBM's termination

3    of Kingston after he opposed IBM's withholding of wages from an employee.

4         4.     Age discrimination in violation of RCW 49.60.180.

5         5.     Unjust enrichment based on IBM's failure to pay Kingston the commissions to

6    which he was entitled for sales made in Quarter 1 of 2018.

7         Defendant contends that it may pursue the following affirmative defenses at trial:

8         1.     Plaintiff's claims are barred, in whole or in part, by the doctrine of after-

9                acquired evidence.[1]

10        2.     Plaintiff failed to properly mitigate his damages.[2]

11        3.     If the jury concludes that any protected activity motivated, even in part, any

12               employment decision challenged by Plaintiff, which Defendant expressly denies,

13               Defendant affirmatively states that the same decision would have been made

14               without consideration of any protected status or activity.[3]

15                        III.     UNDISPUTED FACTS

16        The Parties stipulate to the following facts:

17        1.     Kingston was employed by IBM from October 2000 through April 16, 2018.

18        2.     Before his termination, Kingston was a second-line manager for the embedded

19   solutions agreement (ESA) team, a sales team responsible for deals involving IBM software

20   that is embedded in another company's product.

21        3.     Kingston directly supervised first-line managers, including Andre Temidis and

22   Greg Mount, who in turn supervised sales representatives.

23        4.     Temidis supervised Nick Donato.

24        5.     Mount supervised Jerome Beard.

25

26   [1] This is Defendant's contention only. This defense is the subject of a motion in limine. *See* Dkt. No. 78.
     [2] This is Defendant's contention only. This defense is the subject of a motion in limine. *See* Dkt. No. 78.
27   [3] This is Defendant's contention only. This defense is the subject of a motion in limine. *See* Dkt. No. 78.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6.      A technical sales team supported the ESA team and consisted of representatives Kami Nazem and William (Bill) Sherrin, first-line manager Mike Lee, and second-line manager Bob Finnecy.

7.      IBM closed a large deal with its customer SAS Institute in June 2017.

8.      Kingston and Temidis reviewed and approved a $1.6 million payment to Donato for the SAS deal.

9.      IBM paid Donato a commission of $1.6 million for the SAS deal.

10.     Donato is White.

11.     After Beard closed a large deal in September 2017 with IBM customer HCL Technologies (HCL), IBM reduced his commission from approximately $1.4 million to $205,000.

12.     Beard is Black.

13.     Jeff Larkin, a member of IBM's internal audit team, investigated Kingston, Temidis, and Lee.

14.     IBM terminated Kingston, Temidis, and Lee on April 16, 2018.

15.     Kingston was 58 years old when IBM terminated him.

### IV.     FACTUAL CONTENTIONS

Plaintiff alleges the following facts:

1.      Kingston reasonably believed IBM was discriminating against Beard on account of his race.

2.      Kingston reasonably believed IBM was withholding wages owed to Beard.

3.      Kingston engaged in protected activity when he repeatedly told his supervisors that he believed IBM's decision to cap Beard's commissions was discriminatory and a violation of IBM's policy on uncapped commissions.

4.      By opposing and reporting IBM's discriminatory treatment of Beard, Kingston furthered Washington state's clear public policy against racial discrimination.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5.       By opposing and reporting IBM's unlawful withholding of wages owed to Beard, Kingston furthered Washington state's clear public policy in favor of ensuring the payment to employees of the full amount of wages earned.

6.       IBM employees involved in the investigation and termination of Kingston were aware that Kingston opposed the company's discriminatory treatment of Beard and unlawful withholding of his wages.

7.       Kingston's opposition to IBM's discriminatory treatment of Beard was a substantial factor in IBM's decision to terminate Kingston.

8.       Kingston's opposition to IBM's withholding of wages owed to Beard was a substantial factor in IBM's decision to terminate Kingston.

9.       IBM's adverse actions against Kingston, including his termination, jeopardize the clear mandates of Washington's public policy against racial discrimination.

10.       IBM's adverse actions against Kingston, including his termination, jeopardize the clear mandates of Washington's public policy against withholding wages owed to employees.

11.       Age discrimination was a substantial factor in IBM's decision to terminate Kingston.

12.       Kingston's position remained open after IBM terminated him, and IBM sought applicants for the position with qualifications like those of Kingston.

13.       Kingston conferred a benefit on IBM during the first quarter of 2018 through his labor, experience, and skills as a manager of sales employees.

14.       IBM benefited at the expense of Kingston by receiving his labor, experience, and skills in the first quarter of 2018.

15.       IBM was unjustly enriched by its refusal to pay commissions to Kingston for deals that his salespersons closed in the first quarter of 2018.

16.       As a result of IBM's unlawful acts, Kingston has suffered damages in the form

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  of lost backpay and benefits.

2        17.    As a result of IBM's unlawful acts, Kingston will continue to suffer damages in

3  the form of lost future pay and benefits.

4        18.    As a result of IBM's unlawful acts, Kingston has suffered damages in the form

5  of emotional distress.

6        IBM alleges the following facts:

7        1.    Kingston did not tell his supervisors that he believed IBM's decision to adjust

8  Beard's commissions was discriminatory or an unlawful withholding of wages.

9        2.    The IBM employees who requested and conducted the investigation into the

10  commissions paid on the SAS deal were not aware that Kingston had engaged in any protected

11  activity.

12        3.    The IBM employees who made and approved the recommendation to terminate

13  Kingston's employment were not aware that Kingston had engaged in any protected activity.

14        4.    Kingston's alleged opposition to IBM's treatment of Beard was not a factor in

15  IBM's decision to terminate Kingston.

16        5.    Age discrimination was not a factor in IBM's decision to terminate Kingston.

17        6.    IBM paid Kingston all commissions he was due per the terms of his incentive

18  plan related to deals closed in the first quarter of 2018.

19        7.    IBM did not cause Kingston to suffer any damages.  Further, even if Kingston is

20  entitled to recover back pay, Kingston's damages should be reduced (and any request for front

21  pay eliminated) due to Kingston's failure to mitigate his damages.

22  **V.    ISSUES OF LAW**

23  The following are issues of law to be determined by the Court:

24        1.    Whether Kingston has established a prima facie case of retaliation.

25        2.    Whether Kingston has established a prima facie case of wrongful termination in

26  violation of public policy.

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   3.      Whether Kingston has established a prima facie case of age discrimination.

2   4.      Whether genuine issues of material fact exist as to Kingston's assertion that

3   IBM's purported non-discriminatory ground for terminating him was pretextual.

4   5.      Whether genuine issues of material fact exist as to Kingston's assertion that

5   IBM was unjustly enriched when it refused to pay commissions to Kingston for deals closed in

6   the first quarter of 2018.

7   6.      Whether RCW 49.60.030 contains a clear mandate of public policy against

8   racial discrimination.

9   7.      Whether RCW 49.52.050 contains a clear mandate of public policy in favor of

10  the full payment of wages owed to employees.

11  8.      In addition, there are motions in limine before the Court filed by both parties.

## VI.    PLAINTIFF'S WITNESSES

Plaintiff names the following witnesses for trial, all of whom will or possibly might testify in open court by contemporaneous transmission from a different location:

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---------|---------------------|----------------------|--------------|------------------------|
| Scott Kingston | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000 | Expected to testify regarding IBM's disparate treatment of Jerome Beard and Nick Donato; his complaints of the same to IBM; IBM's policies and procedures regarding the payments of commissions; and the damages he suffered as a result of IBM's wrongful termination of him. | X | |

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---|---|---|---|---|
| Theresa Kingston | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000 | Expected to testify regarding the damages suffered by Kingston as a result of IBM's wrongful termination of him. | X | |
| Erick C. West, M.A. | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000 | Expected to testify regarding the damages suffered by Kingston as a result of IBM's wrongful termination of him. | X | |
| Andre Temidis | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000 | Expected to testify regarding IBM's disparate treatment of Jerome Beard and Nick Donato; his complaints of the same to IBM; IBM's policies and procedures regarding the payments of commissions; and IBM's wrongful termination of him. | | X |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---|---|---|---|---|
| Michael Lee | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603<br><br>(919) 600-5000 | Expected to testify regarding IBM's disparate treatment of Kami Nazem; his complaints of the same to IBM; IBM's policies and procedures regarding the payments of commissions; and IBM's wrongful termination of him. | | X |
| Nick Donato | Contact information known to IBM | Expected to testify regarding the SAS deal; IBM's commissions policies; and his commissions from the SAS deal. | X | |
| Jerome Beard | c/o Matthew Lee and Jeremy Williams Whitfield Bryson & Mason, LLP 900 W. Morgan Street Raleigh, NC 27603<br><br>(919) 600-5000 | Expected to testify regarding IBM's disparate treatment of him, including the lawsuit that he filed against IBM regarding its disparate treatment; and IBM's commissions policies. | X | |
| Greg Mount | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363<br><br>(404) 525-8200 | Expected to testify regarding IBM's disparate treatment of Jerome Beard; Mike Lee's complaints of disparate treatment of Kazi Nazem; and IBM's commissions policies. | X | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---|---|---|---|---|
| Bob Finnecy | Contact information known to IBM | | X | |
| Brian Mulada | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's disparate treatment of Jerome Beard and IBM's commissions policies. | | X |
| Rose Nunez | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's commissions policies; IBM's termination of Kingston; and the SAS deal. | X | |
| David Mitchell | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's commissions policies; IBM's disparate treatment of Jerome Beard; IBM's commissions policies; and IBM's termination of Kingston. | X | |
| Dorothy Copeland | Contact information known to IBM | Expected to testify regarding IBM's commissions policies; IBM's disparate treatment of Jerome Beard; IBM's commissions policies; and IBM's termination of Kingston. | X | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---|---|---|---|---|
| Stephen Leonard | c/o Justin R. Barnes<br>Kelli N. Church<br>171 17th Street NW, Suite 1200 Atlanta, Georgia 30363<br>(404) 525-8200 | Expected to testify regarding IBM's commissions policies and IBM's termination of Kingston. | | X |
| Jeff Larkin | c/o Justin R. Barnes<br>Kelli N. Church<br>171 17th Street NW, Suite 1200 Atlanta, Georgia 30363<br>(404) 525-8200 | Expected to testify regarding IBM's termination of Kingston and IBM's commissions policies. | X | |
| Linda Kenny | c/o Justin R. Barnes<br>Kelli N. Church<br>171 17th Street NW, Suite 1200 Atlanta, Georgia 30363<br>(404) 525-8200 | Expected to testify regarding IBM's termination of Kingston and IBM's commissions policies. | X | |
| Lisa Mihalik | c/o Justin R. Barnes<br>Kelli N. Church<br>171 17th Street NW, Suite 1200 Atlanta, Georgia 30363<br>(404) 525-8200 | Expected to testify regarding IBM's termination of Kingston and IBM's commissions policies | | X |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| WITNESS | CONTACT INFORMATION | CONTENT OF TESTIMONY | WILL TESTIFY | POSSIBLE WITNESS ONLY |
|---|---|---|---|---|
| Cindy Alexander | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's termination of Kingston; IBM's commissions policies; and the SAS deal. | X | |
| Russell Mandel | Contact information known to IBM | Expected to testify regarding IBM's termination of Kingston and IBM's commissions policies. | | X |
| John Teltsch | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's termination of Kingston and IBM's commissions policies. | | X |
| Maria Lipner | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's commissions policies. | X | |
| Karla Johnson | c/o Justin R. Barnes Kelli N. Church 171 17th Street NW, Suite 1200 Atlanta, Georgia 30363 (404) 525-8200 | Expected to testify regarding IBM's commissions policies; commissions paid on the SAS deal; IBM's disparate treatment of Beard; and IBM's termination of Kingston. | X | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Pursuant to Rule 32, Plaintiff is also submitting deposition designations for Charlie Jeffrey Larkin, Karla Johnson, and Linda K. Kenny, all of whom were designated to testify on behalf of IBM in accordance with Rule 30(b)(6). The parties have agreed that because of scheduling issues, Nick Donato will be examined in advance of trial, and video of his testimony will be played at trial. Plaintiff reserves the right to call any witnesses identified by either party during the court of discovery that are not listed above.

## VII.   PLAINTIFF'S TRIAL EXHIBITS

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 1 | IBM Meeting Minutes (Operations/Business Controls) - October 27, 2017 (Dep. Ex. 147) | IBM-Kingston003941-3942 | X | | |
| 2 | IBM General Work Papers (backup on new review procedures) (Dep. Ex. 148) | IBM-Kingston003917-3926 | X | | |
| 3 | IBM Meeting Minutes (Rick Martinotti) - December 14, 2017 | IBM-Kingston003957-3959 | X | | |
| 4 | IBM Meeting Minutes (Dave Schallmo) - January 9, 2018 | IBM-Kingston003915-3916 | X | | |
| 5 | IBM Meeting Minutes (Debbie Huff) - January 9, 2018 | IBM-Kingston003927-3928 | X | | |
| 6 | IBM Meeting Minutes (Diego | IBM-Kingston003 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Soares) - January 10, 2018 | 929-3930 | | | |
| 7 | IBM Meeting Minutes (William Sherrin) - January 16, 2018 | IBM-Kingston003 976-3978 | X | | |
| 8 | IBM Meeting Minutes (Bill Beroza) - January 17, 2018 | IBM-Kingston003 979-3981 | X | | |
| 9 | IBM Meeting Minutes (Nick Donato) - January 19, 2018 (Dep. Ex. 145) | IBM-Kingston003 970-3972 | X | | |
| 10 | IBM Meeting Minutes (Pam Carroll) - January 22, 2018 (Dep. Ex. 143) | IBM-Kingston003 943-3944 | X | | |
| 11 | General Workpapers for Investigation Number 17-98-436 (Additional information from I&C) | IBM-Kingston003 792-3914 | X | | |
| 12 | IBM Meeting Minutes (Andre Temidis) - January 23, 2018 (Dep. Ex. 146) | IBM-Kingston003 960-3962 | X | | |
| 13 | IBM Meeting Minutes (Ellen Culliton)- February 5, 2018 | IBM-Kingston003 931-3932 | X | | |
| 14 | IBM Meeting Minutes (Mike Lee) – February 8, 2018 (Dep. Ex. 133) | IBM-Kingston003 966-3969 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 15 | IBM Meeting Minutes Email Chain (Karla Johnson) – February 14, 2018 (Dep. Ex. 134) | IBM-Kingston003933-3940 | X | | |
| 16 | IBM Meeting Minutes Email Chain (Ellen Culliton) – February 14, 2018 (Dep. Ex. 132) | IBM-Kingston004012-4014 | X | | |
| 17 | IBM Meeting Minutes Email Chain (Suresh Patel) – February 15, 2018 (Dep. Ex. 139) | IBM-Kingston003945-3947 | X | | |
| 18 | IBM Meeting Minutes (Suresh Patel) - February 15, 2018 (Dep. Ex. 144) | IBM-Kingston003963-3965 | X | | |
| 19 | IBM General Workpapers for Investigation Number 17-98-436 (Donato Departure/HPC Info) | IBM-Kingston003948-3950 | X | | |
| 20 | IBM General Workpapers for Investigation Number 17-98-436 (ESA) | IBM-Kingston003955-3956 | X | | |
| 21 | IBM General Workpapers for Investigation Number 17-98- | IBM-Kingston003982-3983 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | 436 (justification by Kingston) | | | | |
| 22 | IBM General Workpapers for Investigation Number 17-98-436 (Lee followup/ response) | IBM-Kingston003 984-4011 | X | | |
| 23 | IBM General Workpapers for Investigation Number 17-98-436 (quota guidance) | IBM-Kingston004 015-4016 | X | | |
| 24 | IBM General Workpapers for Investigation Number 17-98-436 (revenue recognition confirmation) | IBM-Kingston004 017-4055 | X | | |
| 25 | IBM General Workpapers for Investigation Number 17-98-436 (upline management pay approval) | IBM-Kingston004 058-4060 | X | | |
| 26 | IBM General Workpapers for Investigation Number 17-98-436 (100% club info) | IBM-Kingston003 791 | X | | |
| 27 | IBM General Workpapers for Investigation Number 17-98-436 (Donato HR Status) | IBM-Kingston003 951-3952 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 28 | IBM Investigation Profile Number – 17-98-436 | IBM-Kingston003 953-3954 | X | | |
| 29 | Document of Case Status for Scott Kingston (Dep. Ex. 55) | IBM-Kingston001 652-1653 | X | | |
| 30 | Document of Case Status for Mike Lee (Dep. Ex. 56) | IBM-Kingston003 294-3295 | | FRE 401 FRE 402 FRE 403 | |
| 31 | Document of Case Status for Andre Temidis (Dep. Ex. 57) | IBM-Kingston003 292-3293 | X | | |
| 32 | Copy of IBM Investigation Report (Dep. Ex. 47) | IBM-Kingston001 659-1662 | X | | |
| 33 | Case Notes - Scott Kingston (Dep. Ex. 53) | IBM-Kingston001 691-1695 | X | | |
| 34 | 17-98-436 – Investigation Recommendations | IBM-Kingston004 061-4063 | X | | |
| 35 | Executive Summary – Investigation Number 17-98-436 | IBM-Kingston004 064-4065 | X | | |
| 36 | Handwritten Notes (Dep. Ex. 40) | IBM-Kingston001 654 | X | | |
| 37 | Handwritten Notes (Dep. Ex. 46) | IBM-Kingston001 670 | X | | |
| 38 | Handwritten Document (Dep. Ex. 49) | IBM-Kingston001 671 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 39 | Handwritten Document (Dep. Ex. 54) | IBM-Kingston003145 | X | | |
| 40 | Allegation Review Board-Allegation Number 17-1109, Investigation Number 17-98-436 - October 16, 2017 | IBM-Kingston004056-4057 | X | | |
| 41 | EEOC Determination (Dep. Ex. 119) | N/A | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 801 FRE 802 | |
| 42 | Email from Lynne Driscoll to Greg Mount – July 20, 2016 (Beard Dep. Ex. 96) | KINGSTON 000224 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 43 | Email from Luiza Magon Saddy to Scott Kingston - May 2, 2017 (Dep. Ex. 33) | IBM-Kingston003301 | X | | |
| 44 | Email from Bob Finnecy to Sean Fanning – July 1, 2017 (Dep. Ex. 135) | IBM-Kingston001696-1700 | X | | |
| 45 | Email from Bob Finnecy to Ken Stevens – July 1, 2017 (Dep. Ex. 136) | IBM-Kingston001701-1706 | X | | |
| 46 | Email from Dorothy | IBM-Kingston001 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Copeland to Bob Finnecy - July 3, 2017 (Dep. Ex. 60) | 736-1740 | | | |
| 47 | Email from Dorothy Copeland to Ken Stevens - July 3, 2017 (Dep. Ex. 61) | IBM-Kingston001 747-1751 | X | | |
| 48 | Email from Scott Kingston to Andre Temidis – July 3, 2017 (Dep. Ex. 62) | IBM-Kingston003 378-3385 | X | | |
| 49 | Email from Karla Johnson to Richard Whitmore – August 8, 2017 (Dep. Ex. 111) | IBM-Kingston001 890-1911; IBM-Kingston002 963-77 | X | | |
| 50 | Email from Stephanie Yuri Kajishima to Mike Lee - August 29, 2017 (Dep. Ex. 34) | IBM-Kingston002 121-2126 | X | | |
| 51 | "Realtime Chat" from Brian Mulada to Inhi Suh – September 21, 2017 (Beard Dep. Ex. 26) | IBM-Beard003152 -3167 | X | | |
| 52 | Email from Jerome Beard to Yulia Aleshina re Fw HCL ESA deployment estimate Follow Up – October 2, 2017 (Beard | IBM-Beard001615 -1628 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Dep. Ex. 97 Copeland) | | | | |
| 53 | Email from Brian Mulada to Maria Lipner – October 8, 2017 (Beard Dep. Ex. 16) | IBM-Beard001662 -1663 | X | | |
| 54 | Email from Flavia Real Pereira De Carvalho to Karla Johnson – October 19, 2017 (Beard Dep. Ex. 51) | IBM-Beard003122 -3128 | X | | |
| 55 | Email from Karla Johnson to Jerome Beard – October 20, 2017 (Beard Dep. Ex. 77) | IMB-Beard000466 | X | | |
| 56 | Email from Rick Martinotti to Karla Johnson – October 23, 2017 (Dep. Ex. 100) | IBM-Kingston002 771-2780 | X | | |
| 57 | Email from Scott Kingston to Karla Johnson – October 23, 2017 (Dep. Ex. 101) | IBM-Kingston002 781-2788 | X | | |
| 58 | Email from Karla Johnson to Flavia Dames de Arruda Raffo – Jerome Beard Information – October 30, 2017 (Beard | IBM-Beard003379 -3389 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Dep. Ex. 78) | | | | |
| 59 | Email from Karla Johnson to Jim Sanders – November 1, 2017 (Dep. Ex. 103) | IBM-Kingston001 994-1997 | X | | |
| 60 | Email from Karla Johnson to Brian Mulada – November 9, 2017 (Beard Dep. Ex. 19) | IBM-Beard001687 -1691 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 61 | Email from Brian Mulada to Karla Johnson – November 11, 2017 (Beard Dep. Ex. 20) | IBM-Beard001713 -1717 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 62 | Email from Viviane Blanco to Taina Costa de Magalhaes – November 13, 2017 (Beard Dep. Ex. 79) | IBM-Beard003199 - 3210 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 63 | Email from Rose Nunez to Brian Mulada re: fw: Private – Email #3 (do not distribute) – November 14, 2017 (Beard Dep. Ex. 29) | IBM-Beard000474 -480 | X | | |
| 64 | Email from Paula Soffiatti to Karla Johnson – November 16, 2017 (Dep. Ex. 109) | IBM-Kingston001 555-1561 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 65 | Email from Greg Mount to Jerome Beard – November 16, 2017 (Beard Dep. Ex. 52) | IBM-Beard000462-463 | X | | |
| 66 | Email from Kami Nazem to Greg Mount – November 17, 2017 (Dep. Ex. 104) | IBM-Kingston003448-3449 | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 801 FRE 802 | |
| 67 | Email from Rose Nunez to Scott Kingston – November 17, 2017 (Beard Dep. Ex. 10) | IBM-Beard001750-1752 | X | | |
| 68 | Email from Karla Johnson to Dave Mitchell – November 17, 2017 (Beard Dep. Ex. 11) | IBM-Beard001757-1762 | X | | |
| 69 | Email from Scott Kingston to Rose Nunez re fw: Open Door vs Panel Review – November 17, 2017 (Beard Dep. Ex. 45) | IBM-Beard001753-1756 | X | | |
| 70 | Email from Brian Mulada to Rose Nunez re URGENT: HCL Deal – November 21, 2017 (Beard Dep. Ex. 30) | IBM-Beard000481-482 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 71 | Email from Scott Kingston to Rose Nunez re HCL/NDA Deals – November 21, 2017 (Beard Dep. Ex. 46) | IBM-Beard003190-3191 | X | | |
| 72 | Email from Jerome Beard to Rose Nunez re fw Global Checklist has been approved – November 22, 2017 (Beard Dep. Ex. 36) | IBM-Beard000483-484 | X | | |
| 73 | Email from Scott Kingston to Dave Mitchell and Rose Nunez - January 5, 2018 (Dep. Ex. 63) | IBM-Kingston002055-2056 | X | | |
| 74 | Email from Dave Mitchell to Kingston – January 6, 2018 (Beard Dep. Ex. 12) | IBM-Beard002023-2024 | X | | |
| 75 | Email from Jeff Larkin to Debbie Huff - January 10, 2018 (Dep. Ex. 32) | IBM-Kingston002574 | X | | |
| 76 | Email from Leanne Clarke to Dave Mitchell – January 11, 2018 (Beard Dep. Ex. 13) | IBM-Beard002025-2032 | | FRE 401 FRE 402 FRE 403 FRE 404 | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 77 | Email from Karla Johnson to Taina Costa de Magalhaes – January 11, 2018 (Beard Dep. Ex. 86) | IBM-Beard003225-3227 | X | | |
| 78 | Email from Jeff Larkin to Mary Konet – January 16, 2018 (Dep. Ex. 79) | IBM-Kingston002063-2064 | X | | |
| 79 | Email from Dave Mitchell to Jessica Porto Da Motta – January 16, 2018 (Beard Dep. Ex. 14) | IBM-Beard003044-3055 | X | | |
| 80 | Email from Jeff Larkin to Steve Arnold – January 17, 2018 (Dep. Ex. 80) | IBM-Kingston002065-2067 | X | | |
| 81 | Email from Jeff Larkin to Clement Quintyne – January 17, 2018 (Dep. Ex. 81) | IBM-Kingston002068-2070 | X | | |
| 82 | Email from Jeff Larkin to Steve Kingston – January 17, 2018 (Dep. Ex. 82) | IBM-Kingston002580-2581 | X | | |
| 83 | Emails from Karla Johnson to Mario Vaz Re ESA Commission Adj Required – January 17, 2018 (Beard Dep. Ex. | IBM-Beard000485-492 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | 84) | | | | |
| 84 | Email from Jeff Larkin to Deron Rossi – January 22, 2018 (Dep. Ex. 83) | IBM-Kingston002078-2080 | X | | |
| 85 | Email from Jeff Larkin to Diefenbach – January 25, 2018 (Dep. Ex. 84) | IBM-Kingston002092-2094 | X | | |
| 86 | Email from Scott Kingston Jeff Larkin – January 26, 2018 (Dep. Ex. 78) | IBM-Kingston002592 | X | | |
| 87 | Email from Scott Kingston to Jeff Larkin - January 26, 2018 (Dep. Ex. 66) | IBM-Kingston002593-2595 | X | | |
| 88 | Email from Karla Johnson to Brian Mulada re HCL 4Q – January 29, 2018 (Beard Dep. Ex. 31) | IBM-Beard003176-3178 | X | | |
| 89 | Email from Jeff Larkin to Kandis Patch – February 8, 2018 (Dep. Ex. 85) | IBM-Kingston002098-2100 | X | | |
| 90 | Email from Mike Lee to Jeff Larkin - February 9, 2018 (Dep. Ex. 72) | IBM-Kingston002129-2131 | | FRE 401 FRE 402 FRE 403 FRE 801 FRE 802 | |
| 91 | Email from Jeff Larkin to Pam Carroll – February 9, 2018 | IBM-Kingston002132 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | (Dep. Ex. 86) | | | | |
| 92 | Email from Julie Heeg to Dominic Agostino – February 13, 2018 (Beard Dep. Ex. 98 Copeland) | IBM-Beard002041-2044 | X | | |
| 93 | Email from Karla Johnson to Jeff Larkin – February 15, 2018 (Dep. Ex. 87) | IBM-Kingston002607-2612 | X | | |
| 94 | Email from Tamara Franklin to Dorothy Copeland - February 27, 2018 (Dep. Ex. 65) | IBM-Kingston002199-2207 | X | | |
| 95 | Email from Taneisa Butler to Dorothy Copeland - February 28, 2018 (Dep. Ex. 37) | IBM-Kingston002216-2222 | X | | |
| 96 | Email from Linda Kenny to CMA North America DAW Reviews - March 5, 2018 (Dep. Ex. 42) | IBM-Kingston001655-1658 | X | | |
| 97 | Email from Taina Costa de Magelhaes to Paula Soffiatti – March 6, 2018 (Beard Dep. Ex. | IBM-Beard003231 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | 89) | | | | |
| 98 | Email from Jeff Larkin to Linda Kenny - March 9, 2018 (Dep. Ex. 39) | IBM-Kingston002285 | X | | |
| 99 | Email from Jerome Beard to Scott Kingston – 3-9-2018 (Beard Dep. Ex. 54) | IBM-Beard002053-2056 | X | | |
| 100 | Email from Karla Johnson to Dorothy Copeland – March 9, 2018 (Beard Dep. Ex. 99 Copeland) | IBM-Beard003194-3198 | X | | |
| 101 | Email from John Teltsch to Dorothy Copeland - March 13, 2018 (Dep. Ex. 67) | IBM-Kingston002291-2295 | X | | |
| 102 | Email from John Teltsch to Dorothy Copeland - March 14, 2018 (Dep. Ex. 69) | IBM-Kingston002302-2307 | X | | |
| 103 | Email from Dorothy Copeland to John Teltsch - March 14, 2018 (Dep. Ex. 70) | IBM-Kingston002328-2334 | X | | |
| 104 | Email from Linda Kenny to Dorothy Copeland - March 15, 2018 (Dep. Ex. 43) | IBM-Kingston001201-1203 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 105 | Email from Karla Johnson to Dorothy Copeland – March 15, 2018 (Beard Dep. Ex. 100 Copeland) | IBM-Beard002962-2964 | X | | |
| 106 | Email from Linda Kenny to Dominic Agostino - March 18, 2018 (Dep. Ex. 44) | IBM-Kingston002340-2344 | X | | |
| 107 | Email from Lisa Mihalik to Linda Kenny - March 18, 2018 (Dep. Ex. 45) | IBM-Kingston002345-2349 | X | | |
| 108 | Email from Jeff Larkin to Linda Kenny – April 2, 2018 (Dep. Ex. 88) | IBM-Kingston002711-2712 | X | | |
| 109 | Email from Karla Johnson to Meyer – April 2, 2018 (Dep. Ex. 105) | IBM-Kingston003139 | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 407 FRE 501 FRE 502 | |
| 110 | Email from Cynthia Alexander to Linda Kenny and Jeff Larkin - April 4, 2018 (Dep. Ex. 48) | IBM-Kingston002358-2364 | X | | |
| 111 | Email from Brian Mulada to Dharini Ingrum – April 5, 2018 (Beard Dep. Ex. | IBM-Beard002057-2059 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | 32) | | | | |
| 112 | Email from Dorothy Copeland to Linda Kenny and Dominic Agostino - April 12, 2018 (Dep. Ex. 71) | IBM-Kingston001 206-1207 | | FRE 401 FRE 402 FRE 403 | |
| 113 | Email from Scott Kingston to Dorothy Copeland – April 16, 2018 (Dep. Ex. 73) | IBM-Kingston001 166-1168 | X | | |
| 114 | Email from Linda Kenny to Dominic Agostino - April 17, 2018 (Dep. Ex. 51) | IBM-Kingston002 402-2405 | X | | |
| 115 | Email from Dorothy Copeland to Linda Kenny - April 17, 2018 (Dep. Ex. 52) | IBM-Kingston002 406-2420 | X | | |
| 116 | Email from Scott Kinston to Appeals - April 18, 2018 (Dep. Ex. 27) | IBM-Kingston002 454-2458 | X | | |
| 117 | Email from Scott Kingston to Dave Mitchell re Achievement Validation October Cycle – Jerome Beard – April 18, 2018 (Beard Dep. Ex. 44) | KINGSTON 000010-11 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 118 | Email from Scott Kingston to Dave Mitchell re Achievement Validation October Cycle – Jerome Beard – April 18, 2018 (Beard Dep. Ex. 50) | KINGSTON 000025-26 | X | | |
| 119 | Email from Bernadette Dugan to Appeals – April 19, 2018 (Dep. Ex. 140) | IBM-Kingston001 672-1688 | X | | |
| 120 | Emails Dorothy Copeland and Mark Barrett Re congratulations Best of IBM Honoree – April 20, 2018 (Beard Dep. Ex. 101 Copeland) | IBM-Beard002063 -2065 | X | | |
| 121 | Emails Karla Johnson and Linda Kenny Re SAS Commission Investigation – April 26, 2018 (Beard Dep. Ex. 102 Copeland) | IBM-Beard002975 -2982 | X | | |
| 122 | Email from Flavie Real Peneirs de Carvalho – April 27, 2018 (Beard Dep. Ex. 91 Johnson) | IBM-Beard003410 -3433 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|-----|-------------|---------|--------------------------|------------------------------------------------|---------------------------------------|
| 123 | Email from Dorothy Copeland to Karla Johnson – April 30, 2018 (Dep. Ex. 74) | IBM-Kingston001 219-1224 | X | | |
| 124 | Email from Dorothy Copeland to Linda Magnaini – April 30, 2018 (Beard Dep. Ex. 103 Copeland) | IBM-Beard002983 -2990 | X | | |
| 125 | Email from Dorothy Copeland to Karla Johnson – May 11, 2018 (Dep. Ex. 75) | IBM-Kingston001 225-1241 | X | | |
| 126 | Emails Dorothy Copeland and Karla Johnson Confidential Re Fw SAS Commission Investigation – May 11, 2018 (Beard Dep. Ex. 90) | IBM-Beard003022 -3038 | X | | |
| 127 | Email from Dorothy Copeland to Dominic Agostino – May 16, 2018 (Dep. Ex. 76) | IBM-Kingston002 958-2960 | | FRE 401 FRE 402 FRE 403 | |
| 128 | Email from Karla Johnson to Jeff Larkin and Pam Carroll – June 4, 2018 (Dep. Ex. 89) | IBM-Kingston002 963-2977 | | FRE 401 FRE 402 FRE 403 | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 129 | Email from Jerome Beard to Greg Mount – July 17, 2018 (Beard Dep. Ex. 48) | BEARD 000027-28 | X | | |
| 130 | Email from Jeff Larkin to Nancy Lacivita – July 30, 2018 (Dep. Ex. 90) | IBM-Kingston002 559 | X | | |
| 131 | Email from L. Due to Nancy LaCivita re IBM Confidential: Beard Investigation Report – for your review/approval – October 1, 2018 (Beard Dep. Ex. 55) | IBM-Beard000443 -453 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 132 | Email from Dave Mitchell to Andre Temidis – Undated (Beard Dep. Ex. 4) | IBM-Beard003169 -3175 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 133 | Email from Karla Johnson to Rick Martinotti – Undated (Beard Dep. Ex. 43) | KINGSTON 000123 | X | | |
| 134 | Email from Flavia Real Pereira De Carvalho to Dave Mitchell – Undated (Beard Dep. Ex. 3) | IBM-Beard003168 | X | | |
| 135 | IBM | IBM- | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Confidential: 2017 Performance Assessment for Scott Kingston (Dep. Ex. 41) | Kingston000 032-34 | | | |
| 136 | IBM Overpayment Letter (Dep. Ex. 26) | Kingston 000399 | | FRE 401 FRE 402 FRE 403 | |
| 137 | Beard IPL – 1H16 – 1-27-2016 (Beard Dep. Ex.60) | IBM-Beard000392 -395 | X | | |
| 138 | Beard IPL – 2H16 – 7-7-2016 (Beard Dep. Ex.61) | IBM-Beard000400 -407 | X | | |
| 139 | Beard IPL – 1H17 – 1-19-2017 (Beard Dep. Ex.62) | IBM-Beard000408 -411 | X | | |
| 140 | Beard IPL – 2H17 – 7-7-2017 (Beard Dep. Ex. 6) | IBM-Beard000096 -99 | X | | |
| 141 | 2017 Performance Assessment for Jerome Beard - 2017 (Beard Dep. Ex. 53) | IBM-Beard000087 -90 | X | | |
| 142 | Field Management System - Incentive Statement | IBM-Beard000001 -3 | | FRE 401 FRE 402 FRE 403 FRE 404 | |
| 143 | Case Management 1010297 – Employee claim discrimination | IBM-Beard000416 -444 | | FRE 401 FRE 402 FRE 403 FRE 404 | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | based on how his peers were paid for incentive dated July 20, 2018 (Beard Dep. Ex. 7) | | | | |
| 144 | Payroll Spreadsheet for Jerome Beard – 1-4-2019 (Beard Dep. 58) | IBM-Beard000085-86 | X | | |
| 145 | Deposition Transcript of John Dunderdale - May 6, 2019 | N/A | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 602 FRE 701 FRE 801 FRE 802 | |
| 146 | Beard Settlement Agreement | IBM-Kingston004 571-76 | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 407 FRE 408 | |
| 147 | CM&A North America Expense Account DAW Guidance Continuum, IBM Confidential (Dep. Ex. 36) | IBM-Kingston001 648-1650 | | FRE 401 FRE 402 | |
| 148 | PowerPoint, Your 2017 Incentive Plan, Individual Quota Plan (IQP) - Managers - Updated July 17, | IBM-Kingston000 282-322 | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | 2017 (Dep. Ex. 16) | | | | |
| 149 | PowerPoint, Your 2017 Incentive Plan, Individual Quota Plan (IQP) - Employees - Updated July 17, 2017 (Beard Dep. Ex. 5) | Beard 000042 | X | | |
| 150 | 2017 – 2H Sales Incentives – July 2017 (Beard Dep. Ex. 66) | N/A | X | | |
| 151 | Organization/Roles Spreadsheet – Undated (Beard Dep. Ex. 88) | IBM-Beard003120 | X | | |
| 152 | Organization/Roles Spreadsheet - Undated (Beard Dep. Ex. 92) | IBM-Beard003455 | X | | |
| 153 | Achievement & Payment Review Pre-Checks - Undated (Beard Dep. Ex. 76) | IBM-Beard003181-3189 | X | | |
| 154 | IBM's Business Conduct Guidelines | | X | | |
| 155 | Beard – Order Granting in Part and Denying in Part IBM's MSJ (Dep. Ex. 122) | N/A | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 801 FRE 802 | |
| 156 | Defendant's Objections and Responses to Plaintiff's First | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| | Set of Interrogatories (Dep. Ex. 113) | | | FRE 802 | |
| 157 | Defendant's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Dep. Ex. 114) | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 FRE 802 | |
| 158 | Defendant's Objections and Responses to Plaintiff's Second Set of Interrogatories (Dep. Ex. 116) | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 FRE 802 | |
| 159 | Defendant's Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Dep. Ex. 115) | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 FRE 802 | |
| 160 | Defendant's Objections and Responses to Plaintiff's Third Set of Interrogatories (Dep. Ex. 118) | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 FRE 802 | |
| 161 | Defendant's Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories (Dep. Ex. 117) | N/A | | FRE 401 FRE 402 FRE 602 FRE 801 FRE 802 | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EX. | DESCRIPTION | DOC. ID | ADMISSIBILITY STIPULATED | AUTHENTICITY STIPULATED/ ADMISSIBILITY DISPUTED | AUTHENTICITY & ADMISSIBILITY DISPUTED |
|---|---|---|---|---|---|
| 162 | Karla Johnson's LinkedIn Profile (Dep. Ex. 96) | N/A | X | | |
| 163 | Stephen Leonard LinkedIn Profile (Dep. Ex. 121) | N/A | X | | |
| 164 | John Teltsch LinkedIn Profile (Dep. Ex. 124) | N/A | X | | |
| 165 | Bob Finnecy LinkedIn Profile (Dep. Ex. 131) | N/A | X | | |
| 166 | Lisa Mihalik LinkedIn Profile (Dep. Ex. 138) | N/A | X | | |
| 167 | Cindy Alexander LinkedIn Profile (Dep. Ex. 142) | N/A | X | | |
| 168 | Dave Mitchell's LinkedIn Profile – Undated (Beard Dep. Ex. 2) | N/A | X | | |
| 169 | Photograph of 2017 ESA Trans Revenue Growth trophy awarded to Scott Kingston | N/A | | | FRE 401 FRE 402 FRE 901 |
| 170 | Article published by The News & Observer titled "These managers claim IBM fired them after they argued a black salesman wasn't paid fairly" | N/A | | | FRE 401 FRE 402 FRE 403 FRE 404 FRE 602 FRE 801 FRE 802 FRE 901 |

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        1.      Plaintiff reserves the right to introduce any document exchanged during

2  discovery that is not specifically identified above.

3        2.      Plaintiff reserves the right to use any demonstrative and illustrative exhibit as is

4  necessary and regardless of whether it is designated as a trial exhibit in this Pretrial Statement

5  or in the Pretrial Order.

6        3.      Plaintiff reserves the right to use any exhibit for impeachment purposes

7  regardless of whether it is designated as a trial exhibit in this Pretrial Statement or in the

8  Pretrial Order.

9        4.      Plaintiff reserves the right to designate additional exhibits for rebuttal purposes or

10  otherwise for admission at trial.

## VIII.   DEFENDANT'S WITNESSES

12        The Court's planned handling of the trial will affect IBM's witness list. If the Court plans

13  to conduct the trial via Zoom, IBM will likely have more witnesses testify live rather than via

14  deposition testimony. As such, IBM has included certain witnesses as may call and has also

15  provided deposition designations for those witnesses. IBM reserves the right to amend this list.

| Witness | Address | Will Call | May Call |
|---|---|---|---|
| Scott Kingston | c/o<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Brittany J. Glass, WSBA #52095<br>Email: bglass@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Matthew E. Lee<br>Email: matt@whitfieldbryson.com<br>Jeremy R. Williams<br>Email: jeremy@whitfieldbryson.com<br>WHITFIELD BRYSON LLP<br>900 W. Morgan Street<br>Raleigh, North Carolina 27603 | | X |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | |
|---|---|---|---|
| | Telephone: (919) 600-5000<br>Facsimile: (919) 600-5035 | | |
| Peter Nickerson | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | X | |
| William Skilling[4] | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | X | |
| Karla Johnson | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404 | X | |

[4] IBM acknowledges that the Court has excluded the testimony of William Skilling and does not intend to introduce Mr. Skilling's testimony at trial, IBM simply lists him here in order to preserve the issue of the admissibility of his testimony for appeal.

Plaintiff contends that had the Court not granted his motion to strike Skilling's expert report, he would have also challenged Skilling's testimony on *Daubert* grounds and preserves his right to do so at a later date as necessary.

**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

| | | | |
|---|---|---|---|
| | Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | |
| Jeff Larkin | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | X | |
| Linda Kenny | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | X | |
| Lisa Mihalik | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300 | | X |

TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

| | | | |
|---|---|---|---|
| | Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | |
| Robert Finnecy | 230 Sharp Hill Road<br>Wilton, Connecticut 06897 | | X |
| Cynthia Alexander | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |
| Dave Mitchell | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |

TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

| | | | |
|---|---|---|---|
| Dorothy Copeland | 707 Forest Avenue<br>Mamaroneck, New York 10543 | | X |
| John Teltsch | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile: (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |
| Rosalva Nunez | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile: (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |
| Russell Mandel | 26016 Misty Way Drive<br>Tega Cay, South Carolina 29708 | | X |
| Stephen Leonard | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile: (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com | | X |

**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4 | | Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | Bernadette Dugan | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | Dominic Agostino | c/o<br>Barry A. Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile:  (206) 405-4450<br><br>Justin A. Barnes<br>Email: justin.barnes@jacksonlewis.com<br>Kelli N. Church<br>Email: kelli.church@jacksonlewis.com<br>171 17th Street, NW<br>Suite 1200<br>Atlanta, GA 30363<br>Telephone: (404) 525-8200 | | X |

23   Pursuant to Rule 32, Defendant is also submitting deposition designations for Cindy

24   Alexander, Dorothy Copeland, Robert Finnecy, Stephen Leonard, Russell Mandel, and John

25   Teltsch, which includes Defendant's designations, Plaintiff's objections and counter-

26   designations, and IBM's responses. In addition to the potential witnesses listed above, IBM

27

TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

1    reserves the right to call any custodians of records for documents to be offered into evidence at

2    trial.  IBM reserves the right to call any witnesses identified in Plaintiff's witness list.  IBM

3    reserves the right to call any witness not identified on this list as impeachment or rebuttal

4    witnesses.  IBM reserves the right to object to portions of the testimony offered by any

5    witnesses on the list.  IBM reserves the right to amend or supplement this list upon review of

6    Plaintiff's witness list or if any witnesses are discovered after the filing of this witness list, as

7    necessary and consistent with the Federal Rules of Civil Procedure and local rules of this

8    Court.[5]

9         IBM reserves the right to object to portions of the testimony of any witness offered via

10   deposition by Plaintiff. IBM reserves the right to use additional deposition testimony as needed

11   for purposes of impeachment, or for purposes such as refreshing recollection, or for other

12   appropriate purposes allowed under the applicable rules.

13                          **VIII.   DEFENDANT'S EXHIBITS**

14        Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), the following list identifies documents and

15   exhibits that IBM either expects to offer at trial or, as circumstances warrant, may offer at trial if

16   the need arises, to the extent that the document or some portion thereof is admissible pursuant to

17   the Federal Rules of Evidence, and provided that all appropriate measures are taken to ensure the

18   confidentiality of any information contained within the exhibits that might be subject to the

19   existing Stipulated Protective Order (ECF No. 37) or otherwise be protected from disclosure by

20   statute or other law:

21

| Ex. No. | Dep. Ex. No. | Bates Number | Description | Admissibility Stipulated | Authenticity Stipulated/ Admissibility Disputed | Authenticity & Admissibility Disputed |
|---------|--------------|--------------|-------------|--------------------------|--------------------------------------------------|---------------------------------------|
| 201.    | 3            | SCOTT        | Scott       | X                        |                                                  |                                       |

---

[5] Plaintiff contends that Defendant's reservations of rights contained in this paragraph go beyond what is permitted by the orders of this Court, the local rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, as well as any relevant case law.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | KINGSTON 000403 | Kingston's Resume | | | |
| 202. | 4 | IBM-Kingston000 024-27 | Scott Kingston's Offer Letter | X | | |
| 203. | 5 | IBM-Kingston000 021-22 | Agreement Regarding Confidential Information, Intellectual Property, and Other Matters | | FRE 401, 402, and 403. FRE 801 and 802 | |
| 204. | 6 | IBM-Kingston000 232-264 | Business Conduct Guidelines | X | | |
| 205. | 7 | IBM-Kingston000 206-209 | Scott Kingston's 1H2015 Incentive Plan Letter | X | | |
| 206. | 8 | IBM-Kingston002 10-212 | Scott Kingston's 2H2015 Incentive Plan Letter | X | | |
| 207. | 9 | IBM-Kingston002 13-215 | Scott Kingston's 1H2016 Incentive Plan Letter | X | | |
| 208. | 10 | IBM-Kingston000 216-218 | Scott Kingston's 2H2016 Incentive Plan Letter | X | | |
| 209. | 11 | IBM-Kingston000 219-221 | Scott Kingston's 1H2017 Incentive Plan Letter | X | | |
| 210. | 12 | IBM-Kingston000 222-224 | Scott Kingston's 2H2017 Incentive Plan Letter | X | | |
| 211. | 13 | IBM- | Scott | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Kingston000225-227 | Kingston's 1H2018 Incentive Plan Letter | | | |
| 212. | 14 | IBM-Kingston000035-36 | Scott Kingston Compensation Summary Report | X | | |
| 213. | 15 | IBM-Kingston001245-1264 | One Channel Team Incentives Plans (PCRs, CSP and ISV Coverage, ESA Sales) 1st Half 2017 | X | | |
| 214. | 17 | IBM-Kingston000265-268 | Incentives Roles and Responsibilities | X | | |
| 215. | 18 | IBM-Kingston001707-1714 | Email chain re: ESA Help for Potential SAS deal | X | | |
| 216. | 19 | IBM-Kingston001758-1766 | Email chain re: Qtr Close | X | | |
| 217. | 20 | IBM-Kingston001993 | 1H17 SAS Storage Transaction Commission Analysis | X | | |
| 218. | 21 | IBM-Kingston000390-398 | Achievement & Payment Review Pre-Checks | X | | |
| 219. | 22 | IBM-Kingston001567-1569 | Donato Payment Approval | X | | |
| 220. | 24 | IBM-Kingston003462-3463 | Email chain between Scott Kingston and Jerome Beard re: 300% Rule for Large Transactions | X | | |

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| 221. | 25 | IBM-Kingston000399-406 | Investigation Report | X | | |
| 222. | 29 | IBM-Kingston000269-281 | Global Sales Incentives Sales Manager End-to-End Incentives Process Overview | X | | |
| 223. | 30 | IBM-Kingston002710 | Email from Jeff Larkin to Dorothy Copeland re: investigation report | X | | |
| 224. | 31 | IBM-Kingston001663-1669 | Linda Kenny notes on investigation report | X | | |
| 225. | 35 | IBM-Kingston002614-2704 | 1H17 IBM WW Quota Setting Guidelines | X | | |
| 226. | 38 | IBM-Kingston002232-2242 | Email from Linda Kenny adding investigation report to consistency review agenda | X | | |
| 227. | 50 | IBM-Kingston002370-2382 | Email from Linda Kenny to Dorothy Copeland re: All approvals are in, time to take action | X | | |
| 228. | 68 | IBM-Kingston002296-2301 | Email communications between Dorothy Copeland, Lisa Mihalik, and Stephen Leonard | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | regarding investigation report | | | |
| 229. | 97 | IBM-Kingston001921-1924 | Email chain regarding commission payments on SAS deal | X | | |
| 230. | 98 | IBM-Kingston001925-1928 | Email communications regarding problems with commission payments on SAS deal | X | | |
| 231. | 99 | IBM-Kingston002841-2853 | Email chain regarding background on SAS deal and Karla Johnson submitting allegation | X | | |
| 232. | 102 | IBM-Kingston001991-1992 | Email communication from Maria Lipner to Christine Muckensturm regarding commission payments on SAS deal | X | | |
| 233. | 106 | IBM-Kingston001789-1793 | Email chain regarding initial look at individuals requested to be paid on SAS deal | X | | |
| 234. | 107 | IBM-Kingston002828-2840 | Email communications regarding commission payouts on SAS deal | X | | |

JOINT PRETRIAL ORDER - 47
CASE NO. 2:19-CV-01488 MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 235. | 108 | IBM-Kingston001805-1811 | Email communications regarding commission payouts on SAS deal | X | | |
| 236. | 110 | IBM-Kingston001825-1830 | Email communications regarding commission payouts on SAS deal | X | | |
| 237. | N/A | IBM-Kingston003973-3975 | Jeff Larkin's notes from interview of Scott Kingston | X | | |
| 238. | N/A | IBM-Kingston004555-4570 | Rebuttal Expert Report of Peter Nickerson | | FRE 401, 402, and 403.<br><br>FRE 801 and 802. | |
| 239. | N/A | SCOTT KINGSTON 000237-248, 251, 256-278, 306-389, 395, 398 | Documents Produced by Scott Kingston | | FRE 401, 402, and 403.<br><br>FRE 801 and 802. | |
| 240. | N/A | IBM-Kingston001157-1159 | Email Communications Regarding Commissions on HCL Deal | | FRE 403.<br><br>FRE 801 and 802. | |
| 241. | N/A | SCOTT KINGSTON 000003-7 | Documents Produced by Scott Kingston | | FRE 403.<br><br>FRE 801 and 802. | |
| 242. | N/A | IBM-Kingston001959 | Email Communication Regarding ARB Investigation Decision | | FRE 403.<br><br>FRE 801 and 802. | |
| 243. | 64 | IBM-Kingston002097 | Email From Scott Kingston Regarding | X | | |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | | Required Information | | | |
|---|---|---|---|---|---|---|
| 244. | N/A | IBM-Kingston004182-4207 | Expert report of William B. Skilling[6] | | | FRE 401, 402, and 403.<br><br>FRE 702 and 703.<br><br>FRE 801 and 802.<br><br>FRE 901. |
| 245. | N/A | IBM-Kingston003505-3511, 3518-3521, 3592-3597, 3622-3653, 3662-3710, 3749-3750 | Emails Scott Kingston Forwarded Himself | | Objection, to the extent IBM intends to present this exhibit for the purposes addressed in D.E. 78. | |
| 246. | N/A | IBM-Kingston38-205 | Payroll Records | | | FRE 401, 402, and 403.<br><br>FRE 801 and 802.<br><br>FRE 901. |
| 247. | N/A | IBM-Kingston3034-3036 | FMS Statements | | | FRE 401, 402, and 403.<br><br>FRE 801 and 802.<br><br>FRE 901. |
| 248. | N/A | N/A | Printout from Whitfield Bryson website | | | FRE 106. |

[6] IBM acknowledges that the Court has excluded the report of William Skilling and does not intend to introduce Mr. Skilling's report at trial, IBM simply lists it here in order to preserve the issue of the admissibility of his report for appeal.

JOINT PRETRIAL ORDER - 49
CASE NO. 2:19-CV-01488 MJP

In addition to the potential exhibits identified above, IBM reserves the right to designate as a potential exhibit any document or exhibit identified in Plaintiff's exhibit list.  IBM reserves the right to use at trial any documents or exhibits not identified on this list for purposes of impeachment or rebuttal.  IBM reserves the right to object to portions of the documents or exhibits that are contained on this exhibit list.  IBM reserves the right to amend or supplement this list upon review of Plaintiff's exhibit list or if any documents or exhibits are discovered and/or prepared after the filing of this exhibit list, as necessary and consistent with the Federal Rules of Civil Procedure and local rules of this Court.

## ORDER OF THE COURT

This case is scheduled for trial before a jury on April 5, 2021, at 9:00 a.m. This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. As indicated during the March 25, 2021 pretrial conference, the parties may submit an amended, agreed exhibit list to replace the exhibit list in this Order. This order shall not be further amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

SO ORDERED.

This 25th day of  March, 2021.


Marsha J. Pechman
United States Senior District Court Judge


RESPECTFULLY SUBMITTED AND DATED this 25th day of March, 2021.

TERRELL MARSHALL LAW
GROUP PLLC

JACKSON LEWIS P.C.

JOINT PRETRIAL ORDER - 50
CASE NO. 2:19-CV-01488 MJP

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Brittany J. Glass, WSBA #52095
Email: bglass@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew E. Lee, *Admitted Pro Hac Vice*
Email: matt@whitfieldbryson.com
Jeremy R. Williams, *Admitted Pro Hac Vice*
Email: jeremy@whitfieldbryson.com
WHITFIELD BRYSON, LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

*Attorneys for Plaintiff*

By: *s/ Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: 206-405-0404
Facsimile: 206-405-4450
Email: Barry.Johnsrud@jacksonlewis.com

*s/ Justin R. Barnes*
Justin R. Barnes (*pro hac vice*)
Kelli N. Church (*pro hac vice*)
JACKSON LEWIS P.C.
171 17th Street, N.W., Ste. 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: Justin.Barnes@jacksonlewis.com
Email: Kelli.Church@jacksonlewis.com

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com