UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. C19-1488 MJP<br><br>COURT'S ADDITIONAL PRELIMINARY INSTRUCTION TO THE JURY |

Dated April 5, 2021.

　　　　　　　　　　　　　　　　　　　　*Marsha J. Pechman* (signature)

　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　United States District Judge

# INSTRUCTION NO. 28

## Testimony of Corporate Representative

A corporate representative may give testimony on behalf of the corporation. When the corporate representative does so, there is no distinction between the corporate representative and the corporation. The corporate representative does not give her personal opinion. Rather, she presents the corporation's position on the topic.