UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　　Defendant. | CASE NO. C19-1488 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on the Parties' request for it to rule on objections raised in the depositions of Nicholas Donato and Karla Johnson. The Court rules as follows: (1) as to the Donato deposition, the Court overrules the objections on pages 11:6-7 and 26:8-9, and sustains the objection page 43:15-16; and (2) as to the Johnson deposition, the Court overrules all objections identified.

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed April 5, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk