THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SCOTT KINGSTON,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,

    Defendant.

Case No. 2:19-cv-01488-MJP

**STIPULATION AND ORDER TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to dismissal of Plaintiff's claim for age discrimination in violation of RCW 49.60.180, with each party to bear its own costs and fees.

STIPULATED TO AND DATED this 6th day of April, 2021.

| TERRELL MARSHALL LAW GROUP PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Brittany J. Glass, WSBA #52095<br>Email: bglass@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Barry Alan Johnsrud, WSBA #21952<br>Barry Alan Johnsrud, WSBA #21952<br>Email: barry.johnsrud@jacksonlewis.com<br>520 Pike Street, Suite 2300<br>Seattle, Washington 98101<br>Telephone: (206) 405-0404<br>Facsimile: (206) 405-4450 |

STIPULATION AND ORDER TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 1
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | Matthew E. Lee, *Admitted Pro Hac Vice* | Justin R. Barnes, *Admitted Pro Hac Vice* |
| 2 | Email: matt@whitfieldbryson.com | Email: justin.barnes@jacksonlewis.com |
| | Jeremy R. Williams, | Kelli N. Church, *Admitted Pro Hac Vice* |
| 3 | *Admitted Pro Hac Vice* | Email: kelli.church@jacksonlewis.com |
| | Email: jeremy@whitfieldbryson.com | JACKSON LEWIS P.C. |
| 4 | WHITFIELD BRYSON LLP | 171 17th Street, NW, Suite 1200 |
| | 900 W. Morgan Street | Atlanta, Georgia 30363 |
| 5 | Raleigh, North Carolina 27603 | Telephone: (404) 525-8200 |
| | Telephone: (919) 600-5000 | |
| 6 | Facsimile: (919) 600-5035 | Paul R. Taylor, WSBA #14851 |
| 7 | | Email: ptaylor@byrneskeller.com |
| | *Attorneys for Plaintiff* | 1000 Second Avenue, 38th Floor |
| 8 | | Seattle, Washington 98104 |
| | | Telephone: (206) 622-2000 |
| 9 | | Facsimile: (206) 622-2522 |
| 10 | | |
| | | *Attorneys for Defendant* |
| 11 | | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 2
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 6th day of April, 2021.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION AND ORDER TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) - 3
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com