UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>        Defendant. | CASE NO. C19-1488 MJP<br><br>SPECIAL VERDICT FORM |

We the jury, provide the following answers to the questions submitted by the Court:

**QUESTION NO. 1:** As to Claim 1, has Mr. Kingston proved his claim for retaliation in violation of the Washington Law Against Discrimination?

ANSWER: __Yes_____ (write Yes or No).

SPECIAL VERDICT FORM - 1

**QUESTION NO. 2:** As to Claim 2, has Mr. Kingston proved his claim for wrongful termination in violation of public policy regarding race discrimination?

ANSWER: __Yes__ (write Yes or No).

**QUESTION NO. 3:** As to Claim 3, has Mr. Kingston proved his claim for wrongful termination in violation of public policy regarding the withholding of wages of Jerome Beard?

ANSWER: __Yes__ (write Yes or No).

**QUESTION NO. 4:** As to Claim 4, has Mr. Kingston proved his claim for unpaid commissions to Mr. Kingston from the first quarter of 2018?

ANSWER: __Yes__ (write Yes or No).

*If you answered "Yes" to any of Questions 1 through 4, please answer Question 5. If you answered "No" to Questions 1, 2, 3, and 4, then do not answer the remaining questions, and please sign and date the special verdict form.*

**QUESTION NO. 5:** Did Mr. Kingston suffer damages proximately caused by the actions of International Business Machines Corp.?

ANSWER: __Yes__ (write Yes or No).

*If you answered "Yes" to Question No. 5, please answer Question No. 6. If you answered "No" to Question No. 5, then do not answer the remaining questions, and please sign and date the special verdict form.*

\\

\\

**QUESTION NO. 6:** What do you find to be the amount of damages sustained by Mr. Kingston?

Economic damages, if any, in the following categories:

    A. Past Economic Loss      $ 1,874,302

    B. Future Economic Loss      $ 3,097,642

    C. Unpaid Sales Commissions      $ 113,728

Non-economic damages:

    D. Emotional Harm      $ 6,000,000

**Presiding Juror, please sign and date this Special Verdict Form. You may sign this by writing: /s [presiding juror name].**

Dated: April 15, 2021.

SPECIAL VERDICT FORM - 3