# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Scott Kingston,<br><br>               Plaintiff,<br><br>    v.<br><br>International Business Machines Corporation,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:19-cv-01488-MJP |

X    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of Plaintiff Scott Kingston on all claims and awarded:

(1) $1,874,302.00 for Past Economic Loss; (2) $3,097,642.00 for Future Economic Loss; (3) $113,728.00 for Unpaid Sales Commissions; (4) $6,000,000.00 for Emotional Harm. The total award from the Jury is $11,085,672.00. (*See* Jury Verdict (Dkt. ##139 (sealed), 140 (redacted)).)

Dated April 15, 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/ Grant Cogswell</u>
Deputy Clerk