THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

SCOTT KINGSTON,

7
Plaintiff,

Case No. 2:19-cv-01488-MJP

8
v.

9
INTERNATIONAL BUSINESS MACHINES
10
CORPORATION, a New York corporation,

**DECLARATION OF DANIEL F.
JOHNSON IN SUPPORT OF
PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES**

11
Defendant.

12

13    I, DANIEL F. JOHNSON, state as follows, based on personal knowledge:

14    1.    I am a Shareholder/Founder of the law firm Breskin, Johnson & Townsend. I

15 make the following statements based on my personal knowledge.

16    2.    I have been a member of the Washington State Bar Association since 1998 and

17 am also licensed to practice in Washington. I am admitted to practice in the US. District Courts

18 for the Western and Eastern Districts of Washington, the U.S. Court of Appeals for the Ninth and

19 Third Circuits, and the United States Supreme Court.

20    3.    I graduated from Boalt Hall School of Law, University of California at Berkeley

21 in 1997 and Evergreen State College in 1990. I served as a law clerk to U.S. District Judges

22 Robert S. Lasnik and Carolyn R. Dimmick from 1997 to 1999.

23    4.    I have been named a Washington SuperLawyer every year since 2010 by

24 *Washington Law & Politics Magazine*. I am a member of the Washington Employment Lawyers

25 Association Board of Directors and member of that group's Amicus Committee, for which I help

26 write briefs in Washington courts on important issues of employment law. I have also served on

27 and chaired bar association committees and am an active member of the KCBA Appellate

DECLARATION OF DANIEL F. JOHNSON IN SUPPORT
OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES - 1
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   Section.

2       5.    I have been practicing in employment law in Seattle for more than 20 years. I

3   have handled hundreds of discrimination and retaliation matters in Washington, including

4   individual, multi-plaintiff, and class cases. I have tried three individual employment cases in

5   King County Superior Court and two in federal court, and I have tried two class actions and one

6   multi-plaintiff case in King County Superior Court as well.

7       6.    Through this experience, and in other court-approved fee procedures such as class

8   action settlements, I have become familiar with the rates charged by attorneys in the plaintiffs'

9   bar. I have worked and consulted with many other plaintiffs' attorneys, which has contributed to

10   my familiarity with the usual and customary fees for experienced attorneys in the Seattle area. I

11   have also recently observed rates of defense lawyers with whom I have worked or discussed

12   these matters.

13       7.    My partners and I are responsible for setting the rates that we charge clients and

14   seek from courts under fee-shifting statutes. We regularly survey the rates charged by firms

15   handling cases similar to ours. As a result, I am generally familiar with the market rates of

16   Washington attorneys who practice in the areas of employment and civil rights throughout the

17   state as well as those who prosecute class actions.

18       8.    My hourly rate is currently $505-550 depending on the nature of the case.  The

19   hourly rates of other attorneys at my firm currently range from $290 (for a 2015 graduate) to

20   $650 (for a partner with more than 35 years of litigation experience). The hourly rate for our

21   senior paralegals is currently $175-195. Our current and historic rates have been approved by

22   state and federal courts in Washington, including on contested fee motions.

23       9.    Based on my experience setting the rate schedule at my firm, surveying other

24   firms and attorneys, and petitioning for fee awards, I believe the rates my firm charges are on

25   par with the market rates of Washington attorneys who practice in the areas of employment law,

26   civil rights, and class actions.

27

DECLARATION OF DANIEL F. JOHNSON IN SUPPORT
OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES - 2
Case No. 2:19-cv-01488-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    10.    The opinions I set forth below are informed by my personal experience with the

2    work and reputation of Mr. Marshall and my knowledge regarding the hourly rates charged by

3    and awarded to attorneys and staff representing plaintiffs in the state and federal courts of

4    Washington.

5    11.    I have known Mr. Marshall in professional capacity for more than a decade and

6    have co-counseled with him on an employment class action pending in this district since April

7    2012. That case has been extensively litigated at every level, including briefing and argument

8    before the Ninth Circuit Court of Appeals and the Washington Supreme Court. I also work with

9    Mr. Marshall on the Amicus Committee of the Washington Employment Lawyers Association.

10   Thus, I am very familiar with his experience and track record. Mr. Marshall is extraordinarily

11   knowledgeable, bright, creative, experienced, careful, and hardworking. His rate of $525 per

12   hour is entirely reasonable given his expertise, qualifications, education, and background. If

13   anything, I believe his rate may be below market value for his work.

14   13.    The rates of the other attorneys, paralegals, and litigation assistants in Mr.

15   Marshall's firm who worked on this case are well within the market for attorneys practicing

16   employment law in Washington. This includes the rates charged for Britt Glass (a 2014 law

17   school graduate billing at $325/hour), Amanda Steiner (a 1997 law school graduate billing at

18   $500/hour), Elizabeth Adams (a 2012 law school graduate billing at $350/hour), Jennifer

19   Boschen (a paralegal with more than 20 years of experience billing at $175/hour), and Jodi Nuss

20   (a paralegal with more than 11 years of experience billing at $175/hour).

21   14.    I have reviewed the rates of Matt Lee (a 2006 graduate and firm partner who bills

22   at a rate of $525/hour), Jeremy Williams (a 2014 graduate who bills at a rate of $375/hour),

23   Sarah Spangenburg (a 2019 graduate who bills at a rate of $275/hour), Jeff Steen (a paralegal

24   with more than 20 years of experience who bills at a rate of $175/hour), and Jessica Giglio (a

25   paralegal with more than 20 years of experience who bills at a rate of $175/hour). I think these

26   rates are within the range that attorneys and paralegals bill in this market for the type of work

27   required to prosecute this case.

DECLARATION OF DANIEL F. JOHNSON IN SUPPORT
OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES - 3
Case No. 2:19-cv-01488-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

15.     The attorneys and staff members who worked on this case secured a jury verdict on each of the claims they tried, resulting in a jury award of nearly $11.1 million for Mr. Kingston. I am unaware of any single-plaintiff case tried in Washington on issues of retaliation, discrimination, or wrongful termination that resulted in a higher award. It is a truly outstanding result, and the entire team is to be commended.

16.     Given the risk of litigating the type of claims pursued in this case and the excellent results obtained by the firms representing Mr. Kingston, I believe a 1.5 multiplier of their combined lodestar is warranted. Retaliation and wrongful termination cases are typically difficult to prove and require a substantial amount of work, which necessarily precludes the firms from devoting time to other cases. Individual cases can often take as much effort to prosecute as class cases—sometimes more—and the rates of recovery of in class cases tend to be higher (though success is far from assured). Multipliers are very important to assuring that competent law firms like those that worked on this case will work to represent other individuals despite the very substantial risk of no recovery.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Seattle, Washington, this 29th day of April, 2021.

By: /s/ Daniel F. Johnson
    Daniel F. Johnson

DECLARATION OF DANIEL F. JOHNSON IN SUPPORT
OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES - 4
Case No. 2:19-cv-01488-MJP