HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>               Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>               Defendant. | No. 2:19-cv-01488-MJP<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPROVE CIVIL SUPERSEDEAS BOND**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 21, 2021** |

THIS MATTER came before this Court by and through Defendant's Motion to Approve Civil of Supersedeas Bond. Having considered the Motion and supporting materials, and noting the lack of opposition, it is hereby ORDERED that:

1. The supersedeas bond proffered by Defendant, in the amount of $14,571,851.61, secured by Atlantic Specialty Insurance Company, as surety on behalf of IBM is HEREBY APPROVED; and

2. Execution upon the Order entering Judgment in favor of Plaintiff Scott Kingston dated April 15, 2021, is HEREBY STAYED pursuant to Fed.R.Civ.P. 62(b), pending appeal.

\\
\\
\\
\\

ORDER GRANTING DEFENDANT'S MOTION TO
APPROVE CIVIL SUPERSEDEAS BOND - 1
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Dated this 24th day of May 2021.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

BYRNES KELLER CROMWELL LLP

By */s/ Paul R. Taylor*
Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, Washington, 98104
206-622-2000
Fax: 206-622-2522
ptaylor@byrneskeller.com

JACKSON LEWIS P.C.

By: *s/ Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
520 Pike Street, Suite 2300
Seattle, WA 98101
Barry.Johnsrud@jacksonlewis.com

By: *s/ Justin R. Barnes*
Justin R. Barnes (*pro hac vice*)
Kelli N. Church (*pro hac vice*)
JACKSON LEWIS P.C.
171 17th Street, N.W., Ste. 1200
Atlanta, GA 30363
Justin.Barnes@jacksonlewis.com
Kelli.Church@jacksonlewis.com

Attorneys for Defendant

ORDER GRANTING DEFENDANT'S MOTION TO
APPROVE CIVIL SUPERSEDEAS BOND - 2
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404