HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>Defendant. | No. 2:19-cv-01488-MJP<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF APPEAL AND RULE 3-2 REPRESENTATION STATEMENT** |

DEFENDANT'S NOTICE OF APPEAL AND RULE 3-2
REPRESENTATION STATEMENT
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  Pursuant to Federal Rule of Appellate Procedure 4(a), Defendant International Business
2  Machines Corporation ("IBM") hereby gives notice that it appeals to the United States Court of
3  Appeals for the Ninth Circuit from the final judgment entered in this case on April 15, 2021
4  (ECF 141); all rulings and orders prior to entry of final judgment; and all rulings and orders
5  issued after final judgment, including but not limited to, the order granting in part Plaintiff's
6  motion for attorney fees entered on June 29, 2021 (ECF 192) and the order denying IBM's
7  motion for judgment as a matter of law, a new trial, or remitter entered on June 29, 2021 (ECF
8  193).

9  Pursuant to Ninth Circuit Rule 3-2, a representation statement is attached hereto.

DEFENDANT'S NOTICE OF APPEAL AND RULE 3-2
REPRESENTATION STATEMENT - 1
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff-Appellee Scott Kingston is represented by:

Toby J. Marshall
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
E-mail: tmarshall@terrellmarshall.com

Matthew E. Lee
Jeremy R. Williams
WHITFIELD BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Email: matt@whitfieldbryson.com
Email: jeremy@whitfieldbryson.com

2. Defendant-Appellant International Business Machines Corporation is represented by:

Paul Taylor
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
E-mail: ptaylor@byrneskeller.com

Barry Alan Johnsrud
JACKSON LEWIS P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 405-0404
Facsimile: (206) 405-4450
E-mail: Barry.Johnsrud@jacksonlewis.com

Justin R. Barnes
Kelli N. Church
JACKSON LEWIS P.C.
171 17th Street, N.W., Ste. 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
E-mail: Justin.Barnes@jacksonlewis.com
E-mail: Kelli.Church@jacksonlewis.com

Traci L. Lovitt*
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
E-mail: tlovitt@jonesday.com

Anthony J. Dick*
J. Benjamin Aguiñaga*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: ajdick@jonesday.com
E-mail: jbaguinaga@jonesday.com

*appellate counsel only

DEFENDANT'S NOTICE OF APPEAL AND RULE 3-2
REPRESENTATION STATEMENT - 2
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 8th day of July, 2021.

        Respectfully submitted,

        JACKSON LEWIS P.C.

        By: *s/ Barry Alan Johnsrud*
            Barry Alan Johnsrud, WSBA #21952
            520 Pike Street, Suite 2300
            Seattle, WA  98101
            Telephone:  (206) 405-0404
            Facsimile:   (206) 405-4450
            E-mail: Barry.Johnsrud@jacksonlewis.com

            *s/ Justin R. Barnes*
            Justin R. Barnes (*pro hac vice*)
            Kelli N. Church (*pro hac vice*)
            JACKSON LEWIS P.C.
            171 17th Street, N.W., Ste. 1200
            Atlanta, GA 30363
            Telephone: (404) 525-8200
            Facsimile: (404) 525-1173
            E-mail: Justin.Barnes@jacksonlewis.com
            E-mail: Kelli.Church@jacksonlewis.com

        Attorneys for Defendant

DEFENDANT'S NOTICE OF APPEAL AND RULE 3-2
REPRESENTATION STATEMENT - 3
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that, on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Toby J. Marshall, WSBA #32726
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
tmarshall@terrellmarshall.com

Attorneys for Plaintiff

Matthew E. Lee, *pro hac vice*
Jeremy R. Williams, *pro hac vice*
WHITFIELD BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
matt@whitfieldbryson.com
jeremy@whitfieldbryson.com

Attorneys for Plaintiff

DATED this 8th day of July, 2021 at Lynnwood, Washington.

*/s/ Ross Merritt*

Ross Merritt

DEFENDANT'S NOTICE OF APPEAL AND RULE 3-2
REPRESENTATION STATEMENT - 4
(CASE NO. 2:19-cv-01488-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404