UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT KINGSTON,

                Plaintiff,

    v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

                Defendant.

CASE NO. C19-1488 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Joint Status Report. (Dkt. No. 211.) The Court ORDERS the following: (1) by October 27, 2022, Plaintiff must provide Defendant with his request for fees and costs, including the underlying math and supporting records; (2) by no later than November 3, 2022, the Parties must meet and confer regarding Plaintiff's request and attempt to reach agreement on the request; (3) utilizing the expedited joint motion format set forth in Local Civil Rule 37(2), Plaintiff must serve on Defendant his opening portion of the

MINUTE ORDER - 1

motion for fees and costs by no later than November 7, 2022; (4) within 10 days of receipt of the brief, Defendant shall serve its rebuttal portion of the brief on Plaintiff in accordance with Local Civil Rule 37(2); and (5) within 4 days of receipt of the brief with Defendant's rebuttal, Plaintiff must then file the joint motion, including any reply argument, in accordance with Local Civil Rule 37(2).

The clerk is ordered to provide copies of this order to all counsel.

Filed October 19, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2