# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>                   Plaintiff,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                  Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-1488 MJP |

\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment be entered in Plaintiff's favor as follows: (1) $1,874,302.00 for past economic loss, (2) $3,097,642.00 for future economic loss, (3) $113,728.00 for unpaid sales commissions; (4) $1,500,000.00 for noneconomic damages; (5) $1,514,337.00 in attorneys' fees and $40,124.19 in nontaxable litigation expenses incurred through trial and up to the appeal; (6) a tax offset award of $1,117,508.00; and (7) $345,870.57 in attorneys' fees incurred on appeal.

\\

\\

\\

Dated January 11, 2023.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk