THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT KINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>    Defendant. | Case No. 2:19-cv-01488-MJP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND FOR PREJUDGMENT INTEREST** |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to File Overlength Reply Brief in Support of Motion for Attorneys' Fees and for Prejudgment Interest. After reviewing the files and records herein, and the Court having been fully advised, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion.

IT IS SO ORDERED, that Plaintiff's Motion is granted. Plaintiff may file a Reply Brief of no more than 8 pages.

DATED this 25th day of January, 2023.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE OVERLENGTH REPLY
BRIEF IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES AND FOR PREJUDGMENT
INTEREST - 1
Case No. 2:19-cv-01488-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Presented by:

2  TERRELL MARSHALL LAW GROUP PLLC

3  By: /s/ Toby J. Marshall, WSBA #32726
4      Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
5      936 North 34th Street, Suite 300
    Seattle, Washington 98103
6      Telephone: (206) 816-6603
7      Facsimile: (206) 319-5450

8      Matthew E. Lee, *Admitted Pro Hac Vice*
    Email: mlee@milberg.com
9      Mark R. Sigmon, *Admitted Pro Hac Vice*
10     msigmon@milberg.com
    Jeremy R. Williams, *Admitted Pro Hac Vice*
11     Email: jwilliams@milberg.com
    MILBERG COLEMAN BRYSON
12     PHILLIPS GROSSMAN
    900 W. Morgan Street
13     Raleigh, North Carolina 27603
    Telephone: (919) 600-5000
14     Facsimile: (919) 600-5035

15
   *Attorneys for Plaintiff*
16

17

18

19

20

21

22

23

24

25

26  ORDER GRANTING PLAINTIFF'S MOTION
27  FOR LEAVE TO FILE OVERLENGTH REPLY
    BRIEF IN SUPPORT OF MOTION FOR
    ATTORNEYS' FEES AND FOR PREJUDGMENT
    INTEREST - 2
    Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com