THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SCOTT KINGSTON,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,

    Defendant.

Case No. 2:19-cv-01488-MJP

**STIPULATION AND ORDER DIRECTING ENTRY OF JUDGMENT**

## I.     STIPULATION

Plaintiff Scott Kingston and Defendant International Business Machines Corporation stipulate that the Court should enter an amended judgment in Plaintiff's favor as follows: (1) $1,874,302.00 for past economic loss; (2) $3,097,642.00 for future economic loss; (3) $113,728.00 for unpaid sales commissions; (4) $1,500,000.00 for noneconomic damages; (5) $1,514,337.00 in attorneys' fees and $40,124.19 in nontaxable litigation expenses incurred through trial and up to the appeal; (6) a tax offset award of $1,117,508.00; (7) $345,870.57 in attorneys' fees incurred on appeal; (8) $23,523.69 in taxable costs awarded in Dkt. No. 174; (9) $32,787.50 in attorneys' fees incurred post-appeal; and (10) $340,177.05 in interest through the date of the amended judgment.

This stipulation moots the motion for attorneys' fees and interest filed at Dkt. No. 226. There are no remaining issues in this matter, and the case may be closed.

STIPULATION AND ORDER DIRECTING
ENTRY OF JUDGMENT - 1
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 3rd day of February, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | JACKSON LEWIS P.C. |
|---|---|

By: /s/ Toby J. Marshall, WSBA #32726
   Toby J. Marshall, WSBA #32726
   Email: tmarshall@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Matthew E. Lee, *Admitted Pro Hac Vice*
   Email: mlee@milberg.com
   Mark R. Sigmon, *Admitted Pro Hac Vice*
   msigmon@milberg.com
   Jeremy R. Williams, *Admitted Pro Hac Vice*
   Email: jwilliams@milberg.com
   MILBERG COLEMAN BRYSON
   PHILLIPS GROSSMAN
   900 W. Morgan Street
   Raleigh, North Carolina 27603
   Telephone: (919) 600-5000
   Facsimile: (919) 600-5035

*Attorneys for Plaintiff*

By: /s/ Barry Alan Johnsrud, WSBA #21952
   Barry Alan Johnsrud, WSBA #21952
   Email: Barry.Johnsrud@jacksonlewis.com
   520 Pike Street, Suite 2300
   Seattle, Washington 98101
   Telephone: 206-405-0404
   Facsimile: 206-405-4450

   Justin R. Barnes, *Admitted Pro Hac Vice*
   Email: justin.barnes@jacksonlewis.com
   Kelli N. Church, *Admitted Pro Hac Vice*
   Email: kelli.church@jacksonlewis.com
   JACKSON LEWIS P.C.
   171 17th Street, N.W., Suite 1200
   Atlanta, Georgia 30363
   Telephone: (404) 525-8200

JONES DAY

By: /s/ Traci L. Lovitt
   Traci L. Lovitt, *Admitted Pro Hac Vice*
   Email: tlovitt@jonesday.com
   Erika D. Cagney, *Admitted Pro Hac Vice*
   Email: ecagney@jonesday.com
   250 Vesey Street
   New York, New York 10281
   Telephone: (212) 326-3939

   Jeffrey J. Jones, *Admitted Pro Hac Vice*
   Email: jjjones@jonesday.com
   JONES DAY
   150 West Jefferson, Suite 2100
   Detroit, Michigan 48226-4438
   Telephone: (313) 733-3939

*Attorneys for Defendant*

STIPULATION AND ORDER DIRECTING
ENTRY OF JUDGMENT - 2
Case No. 2:19-cv-01488-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Pursuant to the parties' stipulation and finding good cause, the Court DIRECTS the Clerk to enter final amended judgment as follows: (1) $1,874,302.00 for past economic loss; (2) $3,097,642.00 for future economic loss; (3) $113,728.00 for unpaid sales commissions; (4) $1,500,000.00 for noneconomic damages; (5) $1,514,337.00 in attorneys' fees and $40,124.19 in nontaxable litigation expenses incurred through trial and up to the appeal; (6) a tax offset award of $1,117,508.00; (7) $345,870.57 in attorneys' fees incurred on appeal; (8) $23,523.69 in taxable costs awarded in Dkt. No. 174; (9) $32,787.50 in attorneys' fees incurred post-appeal; and (10) $340,177.05 in interest through the date of the amended judgment.

Plaintiff's motion for attorneys' fees and interest (Dkt. No. 226) is DENIED as moot.

This case is CLOSED.

IT IS SO ORDERED.

Dated this 3rd day of February, 2023.

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION AND ORDER DIRECTING
ENTRY OF JUDGMENT - 3
Case No. 2:19-cv-01488-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com