# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT KINGSTON,<br><br>               Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>               Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-1488 MJP |

\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

this Amended Judgment be entered in Plaintiff's favor as follows: (1) $1,874,302.00 for past economic loss; (2) $3,097,642.00 for future economic loss; (3) $113,728.00 for unpaid sales commissions; (4) $1,500,000.00 for noneconomic damages; (5) $1,514,337.00 in attorneys' fees and $40,124.19 in nontaxable litigation expenses incurred through trial and up to the appeal; (6) a tax offset award of $1,117,508.00; (7) $345,870.57 in attorneys' fees incurred on appeal; (8) $23,523.69 in taxable costs awarded in Dkt. No. 174; (9) $32,787.50 in attorneys' fees incurred post-appeal; and (10) $340,177.05 in interest through the date of the amended judgment.

\\\\

Dated February 3, 2023.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/ Serge Bodnarchuk
                                          Deputy Clerk